**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 4, 2005**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 04–30488

_____

JEAN MICHAELS, wife of;
FRANKLINTON MICHAELS, SR,

Plaintiffs - Appellants,

versus

INTERNATIONAL RIVERCENTER, doing business as
Hilton New Orleans Riverside,

Defendant - Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(No. 2:03–CV–1624–N)

_____

Before JOLLY, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

For the reasons essentially stated by the district court, the decision below is AFFIRMED.

*See* 5th Cir. R. 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.